# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID JORDAN
2335 BROADWAY STREET, #10      SSN-xxx-xx-2857
ROCKFORD, IL  61104

Case Number: 05-74626

Case filed on: 9/7/2005
Plan Confirmed on: 2/28/2006

**D Dismissed**

Total funds received and disbursed pursuant to the plan: $10,698.58        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTY BERNARD NATALE | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 005 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DENNIS A BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | CHASE AUTO FINANCE AZ1-1191 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID JORDAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 12,196.07 | 12,196.07 | 4,497.79 | 3,364.71 |
| 023 | TED CARLSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 12,196.07 | 12,196.07 | 4,497.79 | 3,364.71 |
| 002 | LVNV FUNDING LLC | 9,048.81 | 90.49 | 0.00 | 0.00 |
| 003 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SWEDISH AMERICAN HOSPITAL | 1,437.22 | 14.37 | 0.00 | 0.00 |
| 008 | FINANCIAL RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MEDICAL PAIN MANAGEMENT SERVICES | 90.00 | 0.90 | 0.00 | 0.00 |
| 014 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PHYSICIANS IMMEDIATE CARE | 157.71 | 1.58 | 0.00 | 0.00 |
| 017 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD AMBULATORY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | US BANK/RETAIL PAYMENT SOLUTIONS | 281.49 | 2.81 | 0.00 | 0.00 |
| 022 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 3,467.53 | 34.68 | 0.00 | 0.00 |
| 025 | CAVALRY PORTFOLIO SERVICES LLC | 697.53 | 6.98 | 0.00 | 0.00 |
|  | Total Unsecured | 15,180.29 | 151.81 | 0.00 | 0.00 |
|  | Grand Total: | 29,576.36 | 14,547.88 | 6,697.79 | 3,364.71 |

Total Paid Claimant:      $10,062.50
Trustee Allowance:        $636.08
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan